**EXHIBIT A**

FILED
Rebecca Padilla
CLERK, SUPERIOR COURT
05/27/2022 1:43PM
BY: M.MASTERS
DEPUTY

Case No: S1100CV202200941
HON  THE HON JOSEPH R GEORGINI

1   Jeffrey T. Pyburn (011050)
    Shannon L. Clark (019708)
2   GALLAGHER & KENNEDY, P.A.
    2575 East Camelback Road
3   Phoenix, Arizona 85016-9225
    (602) 530-8000
4   (602) 530-8500 fax
    jtp@gknet.com
5   slc@gknet.com
    *Attorneys for Plaintiff*
6

7                  SUPERIOR COURT OF THE STATE OF ARIZONA

8                              COUNTY OF PINAL

9   Karl Williams,

10                Plaintiff,                    | No.

11        vs.                                   | **COMPLAINT**

12  City of Apache Junction for its Police      | (Tort Non-Motor Vehicle: False Arrest:
    Department, a governmental entity; David    | False Imprisonment: Malicious
13  James, Timothy Gearhart, and Craig Martin,  | Prosecution; Civil Rights Violations
    individuals; and Eric Yuva, Apache Junction | pursuant to 42 USC §1983)
14  Assistant City Attorney,
                                                | Tier 3
15                Defendants.
                                                | (Jury Trial Demanded)
16

17        This Complaint arises out of an illegal and tortious assault, battery, seizure and

18  arrest that occurred on August 3, 2021, involving an on-duty City of Apache Junction

19  Police Officers, David James, Timothy Gearhart and Craig Martin and the actions of the

20  City Attorney following the arrest. Plaintiff Karl Williams ("Plaintiff"), for his complaint

21  against Defendants, alleges as follows:

22

## PARTIES, JURISDICTION AND VENUE

1.    Karl Williams has at all relevant times been a resident of Maricopa County, Arizona.

2.    Defendant City of Apache Junction is an Arizona municipal entity.

3.    Defendant David James was an employee of the City of Apache Junction Police Department and was working in the course and scope of his employment at all relevant times.

4.    Defendant David James was an employee of the City of Apache Junction Police Department and was working in the course and scope of his employment at all relevant times.

5.    Defendant Timothy Gearhart was an employee of the City of Apache Junction Police Department and was working in the course and scope of his employment at all relevant times.

6.    Defendant Craig Martin was an employee of the City of Apache Junction Police Department and was working in the course and scope of his employment at all relevant times.

7.    Defendant Eric Yuva is the Assistant City Attorney of Apache Junction and was working in the course and scope of his employment at all relevant times.

8.    The events giving rise to this action occurred in Maricopa County, Arizona.

9.    Plaintiffs served a Notice of Claim on the Defendants pursuant to A.R.S. §§ 12-820 *et seq.* Over 60 days have elapsed since the service of the claim.

10.   The Court has jurisdiction over this action.

2

11.    Venue is proper in this Court.

12.    The amount in controversy in this case exceeds the minimum required for jurisdiction of this Court.

## BACKGROUND

13.    On April 3, 2021, at approximately 5:00 p.m., Karl Williams pulled into a local gas station (4 Sons Mini Mart at 75 East 29th Avenue in Apache Junction, Arizona) to fuel his vehicle. He noticed that Apache Junction police officers had pulled over an individual. That individual pulled his vehicle over into the same gas station, and was followed by the detaining officer.

14.    During the stop, AJPD officers elected to search the individual's vehicle. Other officers arrived on the scene, including Sgts. James and Gearhart and Officer Martin. Due to the proliferation of police activity around a single person, Mr. Williams pulled out his smartphone and began to video the incident, considering it part of his civic duty and well within his legal rights.

15.    Mr. Williams remained near his vehicle, over 15 feet away from the officers and in no way interfered with the investigation or search. But AJPD did not appreciate being filmed and an officer advised Sgt. James to "watch [his] six," meaning look behind you. Upon hearing this, Sgt. James and Officers Martin and Gearhart, walked away from the search vehicle several feet to confront Mr. Williams.

16.    Sgt. James confronted Mr. Williams. Mr. Williams continued to record the incident. Mr. Williams   who was lawfully in a public place and lawfully recording the situation   told Sgt. James not to touch him. Sgt. James responded by grabbing Mr.

3

Williams by the neck and telling him he would "do whatever the fuck I want." Mr.
Williams, fearing for his own safety at that time, yelled "film this, film this" hoping that
another bystander or AJPD officer would film the incident. Mr. Williams was later thrown
to the ground by Officers Martin and Gearhart. His smartphone was unlawfully seized, and
he was ultimately falsely arrested and wrongfully detained.

17.    When the smartphone was ultimately returned to Mr. Williams, the video
documenting the entire incident had been deleted. AJPD were in exclusive control of the
phone when this exculpatory and critical evidence was destroyed.

18.    AJPD proceeded to lie about what happened. Officers concocted a story that
Mr. Williams came up right behind Sgt. James and posed a threat to the police work being
conducted. This was false. Video evidence from Bodycam footage demonstrates Sgt.
James walking over to Mr. Williams over by the gas pumps some 15 to 20 feet away. And
the witnesses' statement is demonstrably incorrect as well (for reasons we expect to learn
in discovery).

19.    Convenience store video footage (wrongfully withheld from Plaintiff) further
confirms the officers' lies.

20.    Although he was not timely arraigned due to the tardiness of the police
report in violation of AJPD procedures, Mr. Williams was ultimately charged with Failure
to Comply with a Police Officer (28-622A), Hindering Prosecution (13-2511A), Criminal
Nuisance (13-2908A1), and Resisting Arrest (13-2508A3) and prosecuted. This required
Mr. Williams to hire an attorney and expend roughly $6000 on attorneys' fees and costs.

1    21.    After a several months, at the end of November 2021, the charge of resisting

2    arrest was dropped (likely in order to secure a bench trial and avoid jury scrutiny of the

3    case). Later, Mr. Williams learned about the convenience store video (which still has not

4    been produced despite myriad requests for all videos by Mr. Williams' criminal defense

5    attorney) that depicted the incident through a conversation between his brother and the

6    AJPD Police Chief on January 11, 2021. This constitutes a serious violation of Mr.

7    Williams' constitutional *Brady* right to have exculpatory evidence disclosed to him. The

8    remaining charges were dismissed two days later.

9    22.    Upon information and belief, Officers James, Gearhart and Martin did not

10   receive adequate training in the application of handcuffs or were negligent when putting

11   the handcuffs on Plaintiff.

12   23.    Upon information and belief, it is also believed that Officers James, Gearhart

13   and Martin violated several standard City of Apache Junction Police Department policies

14   that would, had they been followed, have prevented the the injuries to Plaintiff.

15
16                              <u>COUNT ONE</u>
                    **(Negligence, Gross Negligence and Negligence *Per Se*)**
17                              **(All Defendants)**

18   24.    Plaintiff realleges and incorporates by reference all previous allegations as if

     set forth below.

19   25.    Officers James, Gearhart and Martin's conduct during and after the incident

20   was negligent and grossly negligent.

21

22

                                          5

26.     Officers James, Gearhart and Martin owed a duty to use due care, follow police procedures and act reasonably under the circumstances in restraining Plaintiff.

27.     Officers James, Gearhart and Martin breached these duties by, among other things, using unnecessary force, falsely arresting Karl and assaulting and battering him.

28.     Officers James, Gearhart and Martin violated City of Apache Junction policies, procedures, and rules, as will be more fully established in discovery.

29.     Officers James, Gearhart and Martin and the City of Apache Junction also violated 42 U.S.C. § 1983 by, among other things, depriving Plaintiff of his Fourth, Fifth, Eighth and Fourteenth Amendment constitutional rights not to endure excessive, cruel, or unusual punishment, not to be denied life or liberty without due process of law, and to not be unreasonably detained.

30.     The above-mentioned constitutional provisions, statutes, rules, orders, and regulations are designed to protect the public and persons like Karl Willliams.  Officers James, Gearhart and Martin's violation of these laws, rules, orders and regulations constitutes negligence *per se.*

31.     Officers James, Gearhart and Martin's acts and omissions also constitute gross negligence in that Officers James, Gearhart and Martin knew that his conduct created an unreasonable risk that people like Karl Williams would or could be seriously injured.

32.     Defendant City of Apache Junction is responsible and liable for the acts and omissions of Officers James, Gearhart and Martin discussed herein based on the doctrines of *respondent superior* and vicarious liability.

33.     As a direct and proximate result of Defendants' negligence. Plaintiff has suffered severe and permanent injuries and has incurred other general. negligence *per se* and special damages.

34.     As a direct and proximate result of Defendants' negligence and negligence *per se*, Plaintiff has endured and will continue in the future to endure great physical pain and suffering. mental anguish, and anxiety.

## COUNT TWO
### (Negligence by Defendant City of Apache Junction)

35.     Plaintiff realleges and incorporates by reference all previous allegations as if set forth below.

36.     The City of Apache Junction Police Department had a duty to use reasonable care in supervising and training Officers James, Gearhart and Martin.

37.     The City of Apache Junction Police Department knew or should have known that Officers James, Gearhart and Martin needed additional and special supervision and had not been properly trained by the City of Apache Junction Police Department based upon, among other things, the correct procedures for arresting an individual and honoring a person's civil rights.

38.     The City of Apache Junction Police Department breached its duties to properly supervise. train, by, among other things, allowing him to continue work as an officer in the field without proper supervision, training and education.

39.     As a direct and proximate result of the City of Apache Junction Police Department's negligence, Plaintiff has suffered the injuries and damages described above.

7

## COUNT THREE
### (False Arrest and False Imprisonment by
### Defendant City of Apache Junction)

40.     Plaintiff realleges and incorporates by reference all previous allegations as if set forth below.

41.     The City of Apache Junction Police Department and its officers had no lawful authority to arrest or detain Mr. Williams.

42.     As a direct and proximate result of the false arrest and false imprisonment, Plaintiff suffered the injuries and damages described above and incurred attorneys' fees.

## COUNT FOUR
### (Malicious Prosecution by
### Defendant City of Apache Junction and
### Assistant City Attorney Eric Yuva)

43.     Plaintiff realleges and incorporates by reference all previous allegations as if set forth below.

44.     The City of Apache Junction through Assistant City Attorney Eric Yuva maliciously prosecuted Plaintiff by bringing criminal charges against him that were terminated in his favor by ultimately dismissing the case.

45.     Despite knowledge of exculpatory evidence, the prosecution persisted. These actions were actuated by malice, without probable cause and caused damages to Plaintiff.

46.     As a direct and proximate result of the false arrest and false imprisonment, Plaintiff suffered the injuries and damages described above and incurred attorneys' fees.

## COUNT FIVE
### (42 USC Section 1983 Civil Rights Violation by all Defendants)

47.     Plaintiff realleges and incorporates by reference all previous allegations as if set forth below.

48.     Plaintiff alleges that all of the Defendants in this case violated his civil rights pursuant to 42 USC Section 1983 and under color of state law.

49.     Plaintiff was subject to numerous constitutional violations including his First, Second, Fourth and Eight Amendment rights.

50.     As a direct and proximate result of the false arrest and false imprisonment, Plaintiff suffered the injuries and damages described above and incurred attorneys' fees.

### RULE 26.2 TIER ALLEGATION

Due to the conduct of Defendants and the losses experienced by Plaintiff, Plaintiff is entitled to damages at a Tier 3 level within the criteria of Rule 26.2(b)(2).

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

A.     For general damages in an amount to be proven at trial;

B.     For special damages in an amount to be proven at trial;

C.     For Plaintiff's costs of suit incurred herein;

D.     For reasonable attorneys' fees under 42 USC § 1988;

E.     For pre- and post-judgment interest as allowed by law; and

F.     For such other relief as the Court may deem proper.

DATED this 26th day of May, 2022.

GALLAGHER & KENNEDY, P.A.

By: /s/ Shannon L. Clark
    Jeffrey T. Pyburn
    Shannon L. Clark
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225
    Attorneys for Plaintiff

9056144 40845-0001

FILED
Rebecca Padilla
CLERK, SUPERIOR COURT
05/27/2022 1:43PM
BY: MMASTERS
DEPUTY

Case No.: S1100CV202200941
HON. THE HON JOSEPH R GEORGINI

Person/Attorney Filing: Shannon L Clark
Mailing Address: 2575 E Camelback Rd. Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)530-8000
E-Mail Address: slc/a gknet.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 019708, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PINAL

Karl Williams
Plaintiff(s),

v.

City of Apache Junction, et al.
Defendant(s).

Case No.

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Pinal County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Shannon L Clark /s/
Plaintiff/Attorney for Plaintiff

Person Attorney Filing: Shannon L Clark
Mailing Address: 2575 E Camelback Rd. Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)530-8000
E-Mail Address: slc@gknet.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 019708, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PINAL

Karl Williams
Plaintiff(s),
v.
City of Apache Junction, et al.
Defendant(s).

Case No.   S1100CV202200941

**SUMMONS**

To: Eric Yuva

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1   A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 971 Jason Lopez Circle Building A, Florence, Arizona 85132 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of PINAL

SIGNED AND SEALED this date: *May 27, 2022*

*Rebecca Padilla*
Clerk of Superior Court

By: *M.MASTERS*
Deputy Clerk



Person/Attorney Filing: Shannon L Clark
Mailing Address: 2575 E Camelback Rd, Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)530-8000
E-Mail Address: slc@gknet.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 019708, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PINAL

Karl Williams
Plaintiff(s),                                    Case No.   S1100CV202200941
v.
City of Apache Junction, et al.          **SUMMONS**
Defendant(s).

To: Timothy Gearhart

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 971 Jason Lopez Circle Building A, Florence, Arizona 85132 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PINAL

SIGNED AND SEALED this date:*May 27, 2022*

*Rebecca Padilla*
Clerk of Superior Court

By:*MMASTERS*
Deputy Clerk



Person/Attorney Filing: Shannon L Clark
Mailing Address: 2575 E Camelback Rd, Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)530-8000
E-Mail Address: slc@gknet.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 019708, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PINAL

Karl Williams
Plaintiff(s),                                 Case No.   S1100CV202200941
v.
City of Apache Junction, et al.               **SUMMONS**
Defendant(s).

To: Craig Martin

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 971 Jason Lopez Circle Building A, Florence, Arizona 85132 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PINAL

SIGNED AND SEALED this date:*May 27, 2022*

*Rebecca Padilla*
Clerk of Superior Court

By:*MMASTERS*
Deputy Clerk



Person/Attorney Filing: Shannon L Clark
Mailing Address: 2575 E Camelback Rd, Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)530-8000
E-Mail Address: slc@gknet.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 019708, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PINAL

Karl Williams
Plaintiff(s),                              Case No.    S1100CV202200941
v.
City of Apache Junction, et al.            **SUMMONS**
Defendant(s).

To: David James

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 971 Jason Lopez Circle Building A, Florence, Arizona 85132 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PINAL

SIGNED AND SEALED this date:*May 27, 2022*

*Rebecca Padilla*
Clerk of Superior Court

By:*MMASTERS*
Deputy Clerk



Person/Attorney Filing: Shannon L Clark
Mailing Address: 2575 E Camelback Rd, Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)530-8000
E-Mail Address: slc@gknet.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 019708, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PINAL

Karl Williams
Plaintiff(s),                                         Case No.   S1100CV202200941
v.
City of Apache Junction, et al.                      **SUMMONS**
Defendant(s).

To: City of Apache Junction

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 971 Jason Lopez Circle
    Building A, Florence, Arizona 85132 or electronically file your Answer through one of
    Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

AZTurboCourt.gov Form Set #850420

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  PINAL

SIGNED AND SEALED this date:*May 27, 2022*

*Rebecca Padilla*
Clerk of Superior Court

By:*MMASTERS*
Deputy Clerk



AZturboCourt.gov Form Set #65042(0)

2

Filed on 6/2/2022 9:12:53 AM, Clerk

## SUPERIOR COURT OF ARIZONA
## PINAL COUNTY

**CASE NUMBER: S1100CV202200941**

KARL WILLIAMS,

**Plaintiff(s)**

**THE HON JOSEPH R GEORGINI,**

**NOTICE OF IMPENDING DISMISSAL FOR
FAILURE TO SERVE**

CITY OF APACHE JUNCTION,

**Defendant(s)**

### NOTICE AND WARNING:

Rule 4(i) - Pursuant to Rule 4(i), Arizona Rules of Civil Procedure, the Court shall dismiss the action without prejudice unless service is made upon a defendant within 90 days after the filing of the complaint.

This is notice that your case will be dismissed without further notice after Monday, October 03, 2022 at 1:30 ☐a.m. ☒p.m. if you do not take at least one of the steps listed below

  A. **SERVE THE OTHER PARTY WITH THE COURT PAPERS AND FILE THE PROOF OF SERVICE.** If you have served the other party, you must file proof of service with the Clerk of the Court immediately.

  B. **MOTION AND ORDER TO CONTINUE ON THE INACTIVE CALENDAR:** You may file a motion requesting additional time to complete the service of the court papers before the court automatically dismisses your case. The order granting the continuance must be SIGNED by the judge BEFORE the dismissal date indicated above.

  C. **VOLUNTARY DISMISSAL OF YOUR CASE.** You may dismiss your case instead of waiting for the Court Order of Dismissal. You may obtain appropriate documents and instructions from the Pinal County

**You may obtain appropriate documents and instructions from the Pinal County Clerk of the Superior Court website:** http://www.coscpinalcountyaz.gov

**WARNING: Failure to comply with this notice may result in THE COURT DISMISSING YOUR CASE without prejudice.**
**If you have legal questions, consult an attorney who practices in this area of the law and has the expertise you need.**

Keith Blanchard
P.O. Box 4552
Scottsdale, Arizona 85261
602-488-9762

FILED
REBECCA PADILLA
CLERK OF SUPERIOR COURT

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

2022 AUG -3  PM 2: 04

BY
DP
DEPUTY

IN AND FOR THE COUNTY OF PINAL

KARL WILLIAMS,

        Plaintiff,

    vs.

CITY OF APACHE JUNCTION for its Police
Department, a governmental entity, DAVID JAMES,
TIMOTHY GEARHART, CRAIG MARTIN,
individuals; and ERIC YUVA, Apache Junction
Assistant City Attorney,

        Defendants.

Case No.: S1100CV202200941

Certificate of Service



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Louis Haney, Jr., being duly sworn states: I am qualified to serve process in this cause,
appointed by the Superior Court in Maricopa County. I swear under the penalty of
perjury that the following is true and accurate. I received the following documents in this
action: Summons, Complaint and Certificate of Compulsory Arbitration from Shannon L.
Clark (019708) of GALLAGHER & KENNEDY, P.A., on July 9, 2022 and in each
instance, I served a copy of each documents listed above on those named below in the
manner, time and place shown:

Service upon: **Eric Yuva, Esq.,** Assistant City Attorney, in person, (White male, 40,
5'11", 200 lbs., blonde hair, eyeglasses) by serving one true copy of the Notice of Claims
upon him at his usual place of business. Service effected at 1001 N. Idaho Road, Apache
Junction, AZ 85119. Document served on July 25, 2022 at 2:55 p.m.

I declare under penalty of perjury that the forgoing is true, correct and executed on this
date: <u>July 29, 2022.</u>

                             Louis Haney, Jr., Affiant

| | | |
|---|---|---|
| $ 24.00 | | Service |
| $ 24.00 | (min) | Mileage |
| $ 10.00 | | Processing Fee |
| $ 58.00 | | Total |

Keith Blanchard
P.O. Box 4552
Scottsdale, Arizona 85261
602-488-9762

FILED
REBECCA PADILLA
CLERK OF SUPERIOR COURT

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA   2022 AUG -3  PM 2: 04

IN AND FOR THE COUNTY OF PINAL                                DP
DEPUTY

KARL WILLIAMS,

               Plaintiff,

      vs.                                                  Case No.: S1100CV202200941

                                         Certificate of Service

CITY OF APACHE JUNCTION for its Police
Department, a governmental entity, DAVID JAMES,
TIMOTHY GEARHART, CRAIG MARTIN,
individuals; and ERIC YUVA, Apache Junction       
Assistant City Attorney,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Louis Haney, Jr., being duly sworn states: I am qualified to serve process in this cause,
appointed by the Superior Court in Maricopa County. I swear under the penalty of
perjury that the following is true and accurate. I received the following documents in this
action: Summons, Complaint and Certificate of Compulsory Arbitration from Shannon L.
Clark (019708) of GALLAGHER & KENNEDY, P.A., on July 9, 2022 and in each
instance, I served a copy of each documents listed above on those named below in the
manner, time and place shown:

Service upon: **Eric Yuva, Esq.,** Assistant City Attorney, in person, (White male, 40,
5'11", 200 lbs., blonde hair, eyeglasses) by serving one true copy of the Notice of Claims
upon him at his usual place of business. Service effected at 1001 N. Idaho Road, Apache
Junction, AZ 85119. Document served on July 25, 2022 at 2:55 p.m.

I declare under penalty of perjury that the forgoing is true, correct and executed on this
date: <u>July 29, 2022.</u>

                                        Louis Haney, Jr., Affiant

| | | |
|---|---|---|
| $ 24.00 | | Service |
| $ 24.00 | (min) | Mileage |
| $ 10.00 | | Processing Fee |
| $ 58.00 | | Total |

Keith Blanchard
P.O. Box 4552
Scottsdale, Arizona 85261
602-488-9762

FILED
REBECCA PADILLA
CLERK OF SUPERIOR COURT

2022 AUG -3 PM 2: 05

BY: _____
DEPUTY                    DP

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PINAL

KARL WILLIAMS,

                  Plaintiff,

    vs.

CITY OF APACHE JUNCTION for its Police
Department, a governmental entity, DAVID JAMES,
TIMOTHY GEARHART, CRAIG MARTIN,
individuals; and ERIC YUVA, Apache Junction
Assistant City Attorney,

                  Defendants.

Case No.: S1100CV202200941

Certificate of Service

**JOSEPH R. GEORGINI**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Louis Haney, Jr., being duly sworn states: I am qualified to serve process in this cause, appointed by the Superior Court in Maricopa County. I swear under the penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint and Certificate of Compulsory Arbitration from Shannon L. Clark (019708) of GALLAGHER & KENNEDY, P.A., on July 9, 2022 and in each instance, I served a copy of each documents listed above on those named below in the manner, time and place shown:

Service upon: **Sgt. David James,** an unmarried man, by serving one true copy of the above documents upon Danielle Ansforth, girlfriend and co-occupant (White female, 40, 5'4", 135 lbs., brown hair) being of suitable age and discretion and residing at their usual place of abode. Service effected at 4936 E. 20th Ave., Apache Junction, AZ 85119. Service completed on July 25, 2022 at 3:22 p.m.

I declare under penalty of perjury that the forgoing is true, correct and executed on this date: July 29, 2022.

                                 Louis Haney, Jr., Affiant

|  |  |  |
|---|---|---|
| $ | 24.00 | Service |
| $ | 93.60 (39) | Mileage |
| $ | 10.00 | Processing Fee |
| $ | 127.60 | Total |

Keith Blanchard
P.O. Box 4552
Scottsdale, Arizona 85261
602-488-9762

FILED
REBECCA PADILLA
CLERK OF SUPERIOR COURT

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

2022 AUG -3  PM 2: 05

IN AND FOR THE COUNTY OF PINAL

DEPUTY          DP

KARL WILLIAMS,

               Plaintiff,

    vs.

CITY OF APACHE JUNCTION for its Police
Department, a governmental entity, DAVID JAMES,
TIMOTHY GEARHART, CRAIG MARTIN,
individuals; and ERIC YUVA, Apache Junction
Assistant City Attorney,

               Defendants.

Case No.: S1100CV202200941

Certificate of Service

 JOSEPH R. GEORGINI

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Louis Haney, Jr., being duly sworn states: I am qualified to serve process in this cause,
appointed by the Superior Court in Maricopa County. I swear under the penalty of
perjury that the following is true and accurate. I received the following documents in this
action: Summons, Complaint and Certificate of Compulsory Arbitration from Shannon L.
Clark (019708) of GALLAGHER & KENNEDY, P.A., on July 9, 2022 and in each
instance, I served a copy of each documents listed above on those named below in the
manner, time and place shown:

Service upon: **Craig Martin,** by serving one true copy of the above documents upon Kai
Chandler, son, (Black male, 15, 5'4", 110 lbs., black hair) being of suitable age and
discretion and residing at their usual place of abode. Service effected at 10949 E. Forge
Avenue, Mesa, AZ 4936 E. 20th Ave., Apache Junction, AZ 85119. Service completed on
July 25, 2022 at 3:48 p.m.

I declare under penalty of perjury that the forgoing is true, correct and executed on this
date: July 29, 2022.

                                        Louis Haney, Jr., Affiant

|  |  |  |
|---|---|---|
| $  24.00 | Service |
| $  76.80 | (32) Mileage |
| $  10.00 | Processing Fee |
| $ 110.80 | Total |

Keith Blanchard
P.O. Box 4552
Scottsdale, Arizona 85261
602-488-9762

FILED
REBECCA PADILLA
CLERK OF SUPERIOR COURT

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

2022 AUG -3 PM 2: 05

IN AND FOR THE COUNTY OF PINAL

DP

KARL WILLIAMS,

        Plaintiff,

    vs.

CITY OF APACHE JUNCTION for its Police
Department, a governmental entity, DAVID JAMES,
TIMOTHY GEARHART, CRAIG MARTIN,
individuals; and ERIC YUVA, Apache Junction
Assistant City Attorney,

        Defendants.

Case No.: S1100CV202200941

Certificate of Service

**JOSEPH R. GEORGINI**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Louis Haney, Jr., being duly sworn states: I am qualified to serve process in this cause,
appointed by the Superior Court in Maricopa County. I swear under the penalty of
perjury that the following is true and accurate. I received the following documents in this
action: Summons, Complaint and Certificate of Compulsory Arbitration from Shannon L.
Clark (019708) of GALLAGHER & KENNEDY, P.A., on July 9, 2022 and in each
instance, I served a copy of each documents listed above on those named below in the
manner, time and place shown:

Service upon: **City of Apache Junction,** by serving two true copies of the Notice of
Claims upon Jennifer D. Pena, City Clerk, (White female, 45, 5'8", 180 lbs., orange/red
hair) authorized to accept service at its usual place of business. Service effected at 300 E.
Superstition Blvd., Apache Junction, AZ 85119. Document served on July 25, 2022 at
2:53 p.m.

I declare under penalty of perjury that the forgoing is true, correct and executed on this
date: July 29, 2022.

Louis Haney, Jr., Affiant

| | | |
|---|---|---|
| $ | 24.00 | Service |
| $ | 91.20 (38) | Mileage |
| $ | 10.00 | Processing Fee |
| $ | 125.20 | Total |

FILED
CLERK, SUPERIOR COURT
07/29/2022 12:49PM
Rebecca Padilla
BY: RPERRONE
DEPUTY

1 | Shannon L. Clark (019708)
GALLAGHER & KENNEDY, P.A.
2 | 2575 East Camelback Road
Phoenix, Arizona 85016-9225
3 | (602) 530-8000
(602) 530-8500 fax
4 | slc@gknet.com
*Attorneys for Plaintiff*
5

6 |                 SUPERIOR COURT OF THE STATE OF ARIZONA

7 |                           COUNTY OF PINAL

8 | Karl Williams,

9 |                 Plaintiff,

10 |         vs.

11 | City of Apache Junction for its Police
Department, a governmental entity; David
12 | James, and Craig Martin, individuals; and Eric
Yuva, Apache Junction Assistant City Attorney,
13 |

14 |                 Defendants.

No. S1100CV202200941

**FIRST AMENDED COMPLAINT**

(Tort Non-Motor Vehicle; False Arrest;
False Imprisonment; Malicious
Prosecution; Civil Rights Violations
pursuant to 42 USC §1983)

Tier 3
(Jury Trial Demanded)
(Assigned to Hon Joseph R. Georgini)

15 |     This Complaint arises out of an illegal and tortious assault, battery, seizure and

16 | arrest that occurred on August 3, 2021, involving an on-duty City of Apache Junction

17 | Police Officers, David James, Timothy Gearhart and Craig Martin and the actions of the

18 | City Attorney following the arrest.  Plaintiff Karl Williams ("Plaintiff"), for his complaint

19 | against Defendants, alleges as follows:

20 |                 **PARTIES, JURISDICTION AND VENUE**

21 |     1.     Karl Williams has at all relevant times been a resident of Maricopa County,

22 | Arizona.

*Gallagher & Kennedy, P.A.*
*2575 East Camelback Road*
*Phoenix, Arizona 85016-9225*

1   2.   Defendant City of Apache Junction is an Arizona municipal entity.

2   3.   Defendant David James was an employee of the City of Apache Junction

3   Police Department and was working in the course and scope of his employment at all

4   relevant times.

5   4.   Defendant David James was an employee of the City of Apache Junction

6   Police Department and was working in the course and scope of his employment at all

7   relevant times.

8   5.   Defendant Craig Martin was an employee of the City of Apache Junction

9   Police Department and was working in the course and scope of his employment at all

10  relevant times.

11  6.   Defendant Eric Yuva is the Assistant City Attorney of Apache Junction and

12  was working in the course and scope of his employment at all relevant times.

13  7.   The events giving rise to this action occurred in Maricopa County, Arizona.

14  8.   Plaintiffs served a Notice of Claim on the Defendants pursuant to A.R.S.

15  §§ 12-820 *et seq.*  Over 60 days have elapsed since the service of the claim.

16  9.   The Court has jurisdiction over this action.

17  10.   Venue is proper in this Court.

18  11.   The amount in controversy in this case exceeds the minimum required for

19  jurisdiction of this Court.

20  **BACKGROUND**

21  12.   On April 3, 2021, at approximately 5:00 p.m., Karl Williams pulled into a

22  local gas station (4 Sons Mini Mart at 75 East 29th Avenue in Apache Junction, Arizona) to

2

fuel his vehicle.  He noticed that Apache Junction police officers had pulled over an individual.  That individual pulled his vehicle over into the same gas station, and was followed by the detaining officer.

13.     During the stop, AJPD officers elected to search the individual's vehicle. Other officers arrived on the scene, including Sgts. James and Gearhart and Officer Martin. Due to the proliferation of police activity around a single person, Mr. Williams pulled out his smartphone and began to video the incident, considering it part of his civic duty and well within his legal rights.

14.     Mr. Williams remained near his vehicle, over 15 feet away from the officers and in no way interfered with the investigation or search. But AJPD did not appreciate being filmed and an officer advised Sgt. James to "watch [his] six," meaning look behind you. Upon hearing this, Sgt. James and Officers Martin and Gearhart, walked away from the search vehicle several feet to confront Mr. Williams.

15.     Sgt. James confronted Mr. Williams. Mr. Williams continued to record the incident. Mr. Williams—who was lawfully in a public place and lawfully recording the situation—told Sgt. James not to touch him. Sgt. James responded by grabbing Mr. Williams by the neck and telling him he would "do whatever the fuck I want." Mr. Williams, fearing for his own safety at that time, yelled "film this, film this" hoping that another bystander or AJPD officer would film the incident. Mr. Williams was later thrown to the ground by Officers Martin and Gearhart. His smartphone was unlawfully seized, and he was ultimately falsely arrested and wrongfully detained.

3

16.     When the smartphone was ultimately returned to Mr. Williams, the video documenting the entire incident had been deleted. AJPD were in exclusive control of the phone when this exculpatory and critical evidence was destroyed.

17.     AJPD proceeded to lie about what happened. Officers concocted a story that Mr. Williams came up right behind Sgt. James and posed a threat to the police work being conducted. This was false. Video evidence from Bodycam footage demonstrates Sgt. James walking over to Mr. Williams over by the gas pumps some 15 to 20 feet away. And the witnesses' statement is demonstrably incorrect as well (for reasons we expect to learn in discovery).

18.     Convenience store video footage (wrongfully withheld from Plaintiff) further confirms the officers' lies.

19.     Although he was not timely arraigned due to the tardiness of the police report in violation of AJPD procedures, Mr. Williams was ultimately charged with Failure to Comply with a Police Officer (28-622A), Hindering Prosecution (13-2511A), Criminal Nuisance (13-2908A1), and Resisting Arrest (13-2508A3) and prosecuted. This required Mr. Williams to hire an attorney and expend roughly $6000 on attorneys' fees and costs.

20.     After a several months, at the end of November 2021, the charge of resisting arrest was dropped (likely in order to secure a bench trial and avoid jury scrutiny of the case). Later, Mr. Williams learned about the convenience store video (which still has not been produced despite myriad requests for all videos by Mr. Williams' criminal defense attorney) that depicted the incident through a conversation between his brother and the AJPD Police Chief on January 11, 2021. This constitutes a serious violation of Mr.

4

1    Williams' constitutional *Brady* right to have exculpatory evidence disclosed to him. The

2    remaining charges were dismissed two days later.

3         21.     Upon information and belief, Officers James, Gearhart and Martin did not

4    receive adequate training in the application of handcuffs or were negligent when putting

5    the handcuffs on Plaintiff.

6         22.     Upon information and belief, it is also believed that Officers James, Gearhart

7    and Martin violated several standard City of Apache Junction Police Department policies

8    that would, had they been followed, have prevented the the injuries to Plaintiff.

9

10                          **COUNT ONE**
            **(Negligence, Gross Negligence and Negligence *Per Se*)**
                          **(All Defendants)**

11

12        23.     Plaintiff realleges and incorporates by reference all previous allegations as if

     set forth below.

13

14        24.     Officers James, Gearhart and Martin's conduct during and after the incident

     was negligent and grossly negligent.

15

16        25.     Officers James, Gearhart and Martin owed a duty to use due care, follow

     police procedures and act reasonably under the circumstances in restraining Plaintiff.

17

18        26.     Officers James, Gearhart and Martin breached these duties by, among other

     things, using unnecessary force, falsely arresting Karl and assaulting and battering him.

19

20        27.     Officers James, Gearhart and Martin violated City of Apache Junction

     policies, procedures, and rules, as will be more fully established in discovery.

21

22

28. Officers James, Gearhart and Martin and the City of Apache Junction also violated 42 U.S.C. § 1983 by, among other things, depriving Plaintiff of his Fourth, Fifth, Eighth and Fourteenth Amendment constitutional rights not to endure excessive, cruel, or unusual punishment, not to be denied life or liberty without due process of law, and to not be unreasonably detained.

29. The above-mentioned constitutional provisions, statutes, rules, orders, and regulations are designed to protect the public and persons like Karl Williams. Officers James, Gearhart and Martin's violation of these laws, rules, orders and regulations constitutes negligence *per se*.

30. Officers James, Gearhart and Martin's acts and omissions also constitute gross negligence in that Officers James, Gearhart and Martin knew that his conduct created an unreasonable risk that people like Karl Williams would or could be seriously injured.

31. Defendant City of Apache Junction is responsible and liable for the acts and omissions of Officers James, Gearhart and Martin discussed herein based on the doctrines of *respondent superior* and vicarious liability.

32. As a direct and proximate result of Defendants' negligence, Plaintiff has suffered severe and permanent injuries and has incurred other general, negligence *per se* and special damages.

33. As a direct and proximate result of Defendants' negligence and negligence *per se*, Plaintiff has endured and will continue in the future to endure great physical pain and suffering, mental anguish, and anxiety.

6

## COUNT TWO
### (Negligence by Defendant City of Apache Junction)

34.     Plaintiff realleges and incorporates by reference all previous allegations as if set forth below.

35.     The City of Apache Junction Police Department had a duty to use reasonable care in supervising and training Officers James, Gearhart and Martin.

36.     The City of Apache Junction Police Department knew or should have known that Officers James, Gearhart and Martin needed additional and special supervision and had not been properly trained by the City of Apache Junction Police Department based upon, among other things, the correct procedures for arresting an individual and honoring a person's civil rights.

37.     The City of Apache Junction Police Department breached its duties to properly supervise, train, by, among other things, allowing him to continue work as an officer in the field without proper supervision, training and education.

38.     As a direct and proximate result of the City of Apache Junction Police Department's negligence, Plaintiff has suffered the injuries and damages described above.

## COUNT THREE
### (False Arrest and False Imprisonment by
### Defendant City of Apache Junction)

39.     Plaintiff realleges and incorporates by reference all previous allegations as if set forth below.

40.     The City of Apache Junction Police Department and its officers had no lawful authority to arrest or detain Mr. Williams.

1    41.    As a direct and proximate result of the false arrest and false imprisonment,

2    Plaintiff suffered the injuries and damages described above and incurred attorneys' fees.

### COUNT FOUR
**(Malicious Prosecution by**
**Defendant City of Apache Junction and**
**Assistant City Attorney Eric Yuva)**

42.    Plaintiff realleges and incorporates by reference all previous allegations as if set forth below.

43.    The City of Apache Junction through Assistant City Attorney Eric Yuva maliciously prosecuted Plaintiff by bringing criminal charges against him that were terminated in his favor by ultimately dismissing the case.

44.    Despite knowledge of exculpatory evidence, the prosecution persisted. These actions were actuated by malice, without probable cause and caused damages to Plaintiff.

45.    As a direct and proximate result of the false arrest and false imprisonment, Plaintiff suffered the injuries and damages described above and incurred attorneys' fees.

### COUNT FIVE
**(42 USC Section 1983 Civil Rights Violation by**
**all Defendants)**

46.    Plaintiff realleges and incorporates by reference all previous allegations as if set forth below.

47.    Plaintiff alleges that all of the Defendants in this case violated his civil rights pursuant to 42 USC Section 1983 and under color of state law.

8

48.     Plaintiff was subject to numerous constitutional violations including his First, Second, Fourth and Eighth Amendment rights.

49.     As a direct and proximate result of the false arrest and false imprisonment, Plaintiff suffered the injuries and damages described above and incurred attorneys' fees.

### RULE 26.2 TIER ALLEGATION

Due to the conduct of Defendants and the losses experienced by Plaintiff, Plaintiff is entitled to damages at a Tier 3 level within the criteria of Rule 26.2(b)(2).

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

A.     For general damages in an amount to be proven at trial;

B.     For special damages in an amount to be proven at trial;

C.     For Plaintiff's costs of suit incurred herein;

D.     For reasonable attorneys' fees under 42 USC § 1988;

E.     For pre- and post-judgment interest as allowed by law; and

F.     For such other relief as the Court may deem proper.

DATED this 29th day of July, 2022.

GALLAGHER & KENNEDY, P.A.

By: */s/ Shannon L. Clark*
Shannon L. Clark
2575 East Camelback Road
Phoenix, Arizona 85016-9225
*Attorneys for Plaintiff*

9255001/40845-0001

FILED
Rebecca Padilla
CLERK, SUPERIOR COURT
08/19/2022  4:45PM
BY: SGLORIA
DEPUTY

1 | Larry J. Crown (SBN 013133)
Elan S. Mizrahi (SBN 017388)
2 | **TITUS BRUECKNER & LEVINE PLC**
8355 East Hartford Drive, Suite 200
3 | Scottsdale, Arizona  85255
Telephone:   480-483-9600
4 | Facsimile:    480-483-3215
Emails:        lcrown@tbl-law.com
5 |                  elan@tbl-law.com

6 | *Attorneys for Defendant Sgt. David James*

7 |

8 |

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9 |

**IN AND FOR THE COUNTY OF PINAL**

10 |

11 | KARL WILLIAMS,                                    Case No. S1100CV202200941

12 |                   Plaintiff,

13 | vs.                                                              **NOTICE OF SPECIAL**
                                                                        **APPEARANCE FOR DEFENDANT**
14 | CITY OF APACHE JUNCTION for its          **DAVID JAMES ONLY**
Police Department, a governmental entity;
15 | DAVID JAMES, TIMOTHY
GEARHART, and CRAIG MARTIN,
16 | individuals; and ERIC YUVA, Apache
Junction Assistant City Attorney,
17 |
18 |                   Defendants.

19 |

20 |          NOTICE IS HEREBY GIVEN that counsel undersigned hereby specially appears in

21 | this lawsuit as counsel of record for Defendant Sergeant David James ("Sgt. James") only.

22 | Sgt. James specifically asserts and reserves all jurisdictional defenses including but not

23 | limited to the jurisdictional defenses set forth in Rule 12(b), Ariz.R.Civ.P.

24 |          RESPECTFULLY SUBMITTED this __19th__ day of August, 2022.

25 |                                                          **TITUS BRUECKNER & LEVINE PLC**

26 |
                                                            By: /s/ *Larry J. Crown*
27 |                                                          Larry J. Crown
                                                            Elan S. Mizrahi
28 |                                                          *Attorneys for Defendant Sgt. David James*

- 1 -

TITUS BRUECKNER & LEVINE PLC
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

1  ORIGINAL of the foregoing filed
   electronically via AZTurboCourt on
2  this ___19th___ day of August, 2022 with:

3  The Clerk of the Court
   Pinal County Superior Court
4
   COPY of the foregoing emailed on
5  this ___19th___ day of August, 2022 to:

6  Shannon L. Clark, Esq.
   Gallagher & Kennedy, P.A.
7  2575 East Camelback Road, Suite 1100
   Phoenix, AZ 85016
8  skc@gknet.com

9

10  *Karin A. Meister*

    8962-003
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28