# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karl Williams,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Apache Junction, et al.,<br><br>　　　　Defendants. | No.   CV 22-01440-PHX-MTL (CDB)<br><br>**ORDER** |

**IT IS ORDERED:**

(1) The Clerk of Court must **change** the Notice of Suit code for this action to **440**.

(2) The Clerk of Court must **terminate** the reference to Magistrate Judge Camille D. Bibles and the Pro Se Staff Attorney's Office.

(3) The Clerk of Court must **assign** this matter to the **standard track** pursuant to Rule 16.2(b)(3) of the Local Rules of Civil Procedure.

Dated this 29th day of August, 2022.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge