**JELLISON & ROBENS, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
Telephone: (480) 659-4244
Facsimile: (480) 659-4255
E-mail: jim@jrlawaz.com
JAMES M. JELLISON, ESQ. #012763
E-mail : mark@jrlawaz.com
MARK J. ROBENS, ESQ., #007213

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karl Williams,<br><br>           Plaintiff,<br><br>vs.<br><br>City of Apache Junction, for its Police Department, a governmental entity, David James, Craig Martin, individually, and Eric Yuva, Apache Junction Assistant City Attorney,<br><br>           Defendants. | Case No.:   CV-22-1440-{HX-MTL--CDB<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Plaintiff and Defendants City of Apache Junction, for its Police Department, a governmental entity, David James and Craig Martin, individually, and Eric Yuva, Apache Junction Assistant City Attorney hereby file this Stipulated Motion for an extension of time to answer Plaintiff's First Amended Complaint.  Defense counsel's deposition schedule and staff vacations are the primary reasons for this request.  This motion is made for good cause and not for purposes of undue delay.

DATED this 31st day of August, 2022.

                                     JELLISON & ROBENS, PLLC
                                     By: s/ *James M. Jellison*
                                     James M. Jellison, Esq.
                                     Mark J. Rogens, Esq.
                                     *Attorneys for Defendants City of Apache Junction, for its Police Department, Craig Martin, individually, and Eric Yuva, Apache Junction Assistant City Attorney*

                                     TITUS BRUECKNER & LEVINE PLC
                                     By: s/ *Larry J. Crown*
                                     Larry J. Crown, Esq.
                                     *Attorney for Defendant David James*

                                     GALLAGHER & KENNEDY
                                     By: s/ *Shannon L. Clark*
                                     Shannon L. Clark, Esq.
                                     *Attorney for Plaintiff Karl Williams*

<u>CERTIFICATE OF MAILING</u>

     I hereby certify that on August 31, 2022, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following registrants:

Larry J. Crown
Titus Brueckner & Levine PLC
8355 East Hartford Drive, Suite 200
Scottsdale, AZ 85255
lcrown@tbl-law.com

Shannon L. Clark
Gallagher & Kennedy
2575 E. Camelback Road, Ste. 1100
Phoenix, AZ 85016
slc@gknet.com


s/ *Valerie Hall*