# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karl Williams, | Case No.:   CV-22-1440-{HX-MTL--CDB |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER** |
| City of Apache Junction, for its Police Department, a governmental entity, David James, Craig Martin, individually, and Eric Yuva, Apache Junction Assistant City Attorney, | |
| Defendants. | |

Pursuant to the Stipulated Motion to extend the deadline for Defendants City of Apache Junction, for its Police Department, a governmental entity, Craig Martin, individually, and Eric Yuva, Apache Junction Assistant City Attorney to file their Answer to Plaintiff's First Amended Complaint,

IT IS HEREBY ORDERED GRANTING the stipulated motion.  The new deadline for Defendants City of Apache Junction, for its Police Department, a governmental entity, David James, and Craig Martin, individually, and Eric Yuva, Apache Junction Assistant City Attorney to file their Answer to Plaintiff's First Amended Complaint is now September 19, 2022.

DATED this ___ day of August, 2022.

_____

Hon.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26