Larry J. Crown (SBN 013133)
Elan S. Mizrahi (SBN 017388)
**TITUS BRUECKNER & LEVINE PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Telephone:  480-483-9600
Facsimile:  480-483-3215
Emails:   lcrown@tbl-law.com
   elan@tbl-law.com

*Attorneys for Defendant Sgt. David James*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KARL WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF APACHE JUNCTION for its Police Department, a governmental entity; DAVID JAMES, TIMOTHY GEARHART, and CRAIG MARTIN, individuals; and ERIC YUVA, Apache Junction Assistant City Attorney,<br><br>Defendants. | Case No. 2:22-cv-01440-MTL<br><br>**ANSWER OF DEFENDANT DAVID JAMES ONLY TO FIRST AMENDED COMPLAINT** |

Defendant David James ("Sgt. James"), by and through counsel undersigned, and for his Answer to Plaintiff's First Amended Complaint, hereby admits, denies and alleges as follows:

**PARTIES, JURISDICTION AND VENUE**

1. Sgt. James has insufficient information to either admit or denies the allegations contained in paragraph 1, therefore denies the same, and demands strict proof thereof.

2. Paragraph 2 is not alleged against the Sgt. James, so no response is required.

3. Sgt. James admits the allegations contained in paragraph 3.

4. Sgt. James admits the allegations contained in paragraph 4.

- 1 -

5. Paragraph 5 is not alleged against the Sgt. James, so no response is required.

6. Paragraph 6 is not alleged against the Sgt. James, so no response is required.

7. Sgt. James has insufficient information to either admit or deny the allegations contained in paragraph 7, therefore denies the same and demands strict proof thereof.

8. Responding to paragraph 8, said paragraph constitutes a conclusion of law and not an allegation of fact, and as such no response is required.

9. Responding to paragraph 9, Sgt. James admits this Court has jurisdiction.

10. Responding to paragraph 10, Sgt. James admits venue is proper in this Court.

11. Sgt. James has insufficient information to either admit or deny the allegations contained in paragraph 11, therefore denies the same and demands strict proof thereof.

## BACKGROUND

12. Sgt. James has insufficient information to either admit or deny the allegations contained in paragraph 12, therefore denies the same and demands strict proof thereof.

13. Sgt. James has insufficient information to either admit or deny the allegations contained in paragraph 13, therefore denies the same and demands strict proof thereof.

14. Sgt. James denies the allegations contained in paragraph 14.

15. Sgt. James denies the allegations contained in paragraph 15.

16. Sgt. James denies the allegations contained in paragraph 16.

17. Sgt. James denies the allegations contained in paragraph 17.

18. Sgt. James denies the allegations contained in paragraph 18.

19. Sgt. James has insufficient information to either admit or denies the allegations contained in paragraph 19, therefore denies the same, and demands strict proof thereof.

20. Sgt. James has insufficient information to either admit or denies the allegations contained in paragraph 20, therefore denies the same, and demands strict proof thereof.

21. Sgt. James denies the allegations contained in paragraph 21.

22. Sgt. James denies the allegations contained in paragraph 22.

///

///

## COUNT I

**(Negligence, Gross Negligence and Negligence *Per Se* Against All Defendants)**

23. Sgt. James incorporates herein by this reference all other responses in this Answer as if fully set forth herein.

24. Sgt. James denies the allegations contained in paragraph 24.

25. Sgt. James denies the allegations contained in paragraph 25.

26. Sgt. James denies the allegations contained in paragraph 26.

27. Sgt. James denies the allegations contained in paragraph 27.

28. Sgt. James denies the allegations contained in paragraph 28.

29. Sgt. James denies the allegations contained in paragraph 29.

30. Sgt. James denies the allegations contained in paragraph 30.

31. Sgt. James denies the allegations contained in paragraph 31.

32. Sgt. James denies the allegations contained in paragraph 32.

33. Sgt. James denies the allegations contained in paragraph 33.

## COUNT II

**(Negligence by Defendant City of Apache Junction)**

34. Sgt. James incorporates herein by this reference all other responses in this Answer as if fully set forth herein.

35. Paragraph 35 is not alleged against the Sgt. James, so no response is required.

36. Paragraph 36 is not alleged against the Sgt. James, so no response is required.

37. Paragraph 37 is not alleged against the Sgt. James, so no response is required.

38. Paragraph 38 is not alleged against the Sgt. James, so no response is required.

## COUNT III

**(False Arrest and False Imprisonment by Defendant City of Apache Junction)**

39. Sgt. James incorporates herein by this reference all other responses in this Answer as if fully set forth herein.

40. Paragraph 40 is not alleged against the Sgt. James, so no response is required.

41. Paragraph 41 is not alleged against the Sgt. James, so no response is required.

TITUS BRUECKNER & LEVINE PLC
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

## COUNT IV

### (Malicious Prosecution by Defendant City of Apache Junction and Assistant City Attorney Eric Yuva)

42. Sgt. James incorporates herein by this reference all other responses in this Answer as if fully set forth herein.

43. Paragraph 43 is not alleged against the Sgt. James, so no response is required.

44. Paragraph 44 is not alleged against the Sgt. James, so no response is required.

45. Paragraph 45 is not alleged against the Sgt. James, so no response is required.

## COUNT V

### (42 U.S.C. § 1983 Civil Rights Violation by All Defendants)

46. Sgt. James incorporates herein by this reference all other responses in this Answer as if fully set forth herein.

47. Sgt. James denies the allegations contained in paragraph 47.

48. Sgt. James denies the allegations contained in paragraph 48.

49. Sgt. James denies the allegations contained in paragraph 49.

### RULE 26.2 TIER ALLEGATION

This is not applicable pursuant to the Federal Rules of Civil Procedure.

### DEMAND FOR JURY TRIAL

Sgt. James demands a jury trial in this matter.

### GENERAL DENIAL

Sgt. James denies any allegation not specifically admitted.

### AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff's damages, if any, were wholly or proximately caused or contributed to by Plaintiff's own intentional and negligent conduct or the intentional or negligent conduct of persons or entities over which Sgt. James has no control.

3. Sgt. James' conduct was, at all times, lawful and within the appropriate standard of care.

4. Sgt. James did not breach any duty.

5. Plaintiff's claims of damages lack causation.

6. Plaintiff did not sustain damages from Sgt. James.

7. Sgt. James reserves and asserts all affirmative defenses contained in Rules 8(c) and 12(b), Ariz.R.Civ.P.

8. When this case was pending in Pinal County prior to removal, Sgt. James filed a Notice of Special Appearance to preserve the Rule 12(b) defenses. Sgt. James continues to assert and reserve all jurisdictional defenses including but not limited to service of process.

9. Sgt. James is immune from this suit pursuant to A.R.S. § 12-820 and A.R.S. § 12-820.02(A)(1) and qualified immunity under federal law.

WHEREFORE, having fully answered Plaintiff's Amended Complaint, Sgt. James requests that the same be dismissed, that Plaintiff take nothing thereby, for Sgt. James' costs incurred herein, and for such other and further relief as this Court deems just and equitable under the circumstances.

RESPECTFULLY SUBMITTED this  21st  day of September, 2022.

**TITUS BRUECKNER & LEVINE PLC**

By: /s/ *Larry J. Crown*
Larry J. Crown
Elan S. Mizrahi
*Attorneys for Defendant Sgt. David James*

# CERTIFICATE OF MAILING

I hereby certify that on September 21, 2022, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following registrants:

Shannon L. Clark, Esq.
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road, Suite 1100
Phoenix, AZ 85016
slc@gknet.com

*Attorneys for Plaintiff*

James M. Jellison, Esq.
Mark J. Robens, Esq.
**JELLISON & ROBENS, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
jim@jrlawaz.com
mark@jrlawaz.com

*Attorneys for Defendants City of Apache Junction, for its Police Department, Craig Martin, individually, and Eric Yuva, Apache Junction Assistant City Attorney*

*Karin A. Meister*

8962-003