Larry J. Crown (SBN 013133)
Elan S. Mizrahi (SBN 017388)
**TITUS BRUECKNER & LEVINE PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Telephone: 480-483-9600
Facsimile: 480-483-3215
Emails: lcrown@tbl-law.com
elan@tbl-law.com

*Attorneys for Defendant Sgt. David James*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karl Williams,<br><br>  Plaintiff,<br><br>vs.<br><br>City of Apache Junction for its Police Department, a governmental entity; David James, Timothy Gearhart, and Craig Martin, individuals; and Eric Yuva, Apache Junction Assistant City Attorney,<br><br>  Defendants. | Case No. 2:22-cv-01440-MTL-CDB<br><br>**DEFENDANT DAVID JAMES' JOINDER IN DEFENDANTS CITY OF APACHE JUNCTION AND CRAIG MARTIN'S REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(Oral Argument Requested)** |

Defendant David James ("Sgt. James"), by and through counsel undersigned and pursuant to Fed.R.Civ.P. 12(b)(6), hereby joins in Defendants City of Apache Junction and Craig Martin's Reply in Support of Partial Motion to Dismiss Plaintiff's Second Amended Complaint filed October 27, 2022 ("Reply") (Doc. 17). Specifically, Sgt. James joins in Sections 2 and 3 of the Memorandum of Points and Authorities. Plaintiff's Response fails to show facts plausibly alleging a false arrest or imprisonment claim as to Sgt. James and cannot overcome Sgt. James' assertion of Arizona's common law immunity (Section 2) and Plaintiff's Response fails to argue how Sgt. James is plausibly alleged to have violated Plaintiff's First, Fourth, Eighth, or Fourteenth Amendment Rights or identifies any clearly established law violated by James (Section 3).

By this joinder, Sgt. James incorporates and adopts the authorities cited and the arguments made in the Reply as if fully set forth herein.

RESPECTFULLY SUBMITTED this   17th   day of November, 2022.

**TITUS BRUECKNER & LEVINE PLC**

By: /s/ *Larry J. Crown*
Larry J. Crown
Elan S. Mizrahi
*Attorneys for Defendant Sgt. David James*

## CERTIFICATE OF MAILING

I hereby certify that on this   17th   day of November, 2022, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following registrants:

Shannon L. Clark, Esq.
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road, Suite 1100
Phoenix, AZ 85016
slc@gknet.com

*Attorneys for Plaintiff*

James M. Jellison, Esq.
Mark J. Robens, Esq.
**JELLISON & ROBENS, PLLC**
18801 North Thompson Peak Parkway
Suite D235
Scottsdale, AZ 85255
jim@jrlawaz.com
mark@jrlawaz.com

*Attorneys for Defendants City of Apache Junction, for its Police Department, Craig Martin, individually, and Eric Yuva, Apache Junction Assistant City Attorney*

*Karin A. Meister*

8962-003

- 2 -